**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARLOS A. GREENE, JR.,** ) | NO. CV 07-00397-MAN |
| ) | |
|         **Plaintiff,** ) | |
| ) | **JUDGMENT** |
|       **v.** ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the** ) | |
| **Social Security Administration,** ) | |
| ) | |
|       **Defendant.** ) | |
| _____) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: December 30, 2008

                                      _____
                                          /s/
                                  MARGARET A. NAGLE
                  UNITED STATES MAGISTRATE JUDGE